PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:23-MJ-00012-SKO |
| Plaintiff, | |
| v. | MOTION AND ORDER TO UNSEAL |
| DOROTEO GONZALES, | |
| Defendant. | |

The United States moves the Court to unseal the Complaint and all other filings in this case. On September 14, 2023, the defendant was arrested. He will make his initial appearance on September 15, 2023. Therefore, the case should be unsealed to advise the defendant of the charges against him.

Dated: September 14, 2023

PHILLIP A. TALBERT
United States Attorney

By: /s/ BRITTANY M. GUNTER
BRITTANY M. GUNTER
Assistant United States Attorney

MOTION AND ORDER TO UNSEAL

PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DOROTEO GONZALES,<br><br>　　　　　　　　Defendant. | Case No. 1:23-MJ-00012-SKO<br><br>ORDER TO UNSEAL |

　　Good cause appearing due to the defendant's arrest and pending initial appearance in this case,

　　IT IS HEREBY ORDERED that the Complaint and arrest warrant in the above-captioned matter be UNSEALED.

IT IS SO ORDERED.

　　Dated: __**September 15, 2023**__　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER TO UNSEAL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28